Sherrod Coates
12001 Stone Forest Drive
Pineville, NC 28134

June 13, 2023

Re: Kotto Yaphet Paul

The Honorable Judge
U.S. District Court
401 West Trade Street
Charlotte, NC 28202

I am writing this letter on behalf of my friend Kotto Paul. My name is Sherrod Coates, I am a Charlotte Firefighter and have lived in Mecklenburg County since 2004.

My wife and the Pauls were friends prior to our meeting so when we started dating, I was introduced to Kotto and we hit it off. We have been friends now for approx 10 years. If I could describe Kotto in just a few words they would be Caring, kind, laid-back and encouraging. Kotto is the kind of guy who you want to have in your circle. Always routing for you, if you need to talk he lends his ear, he exudes positivity, non-judgmental. Just an all around good, dependable friend. When I found out about the current situation he was in and that he still has not been released I wanted to know if there was anything I could do. I would say WITHOUT hesitation that Kotto Paul would do what was needed to ensure that he handles this situation and would be committed to making things right. His wife and daughters need him home. His parents are also very important to him and I know how agonizing this must be for them as well.

I'm not much of a letter writer but I really want you to know that Kotto WILL do right by the courts. He will make this right.

Thank you,

Sherrod Coates

Jennifer Coates
12001 Stone Forest Drive
Pineville, NC 28134

June 13, 2023

Re: Kotto Yaphet Paul


The Honorable Judge
U.S. District Court
401 West Trade Street
Charlotte, NC 28202


My name is Jennifer Coates. I am a local Real Estate Broker and I currently live, work and raise my children with my husband here in Mecklenburg County for the last 18 years.

It is an honor to write this letter on behalf of Kotto Paul during this challenging time. I have known Kotto and his wife Lataya for just about 17 years. Our sons attended kindergarten together and were the best of friends. Since the boys were best friends, our families grew close over the years (birthday parties, double dates, bbq's, a couple family vacations). I know Kotto to be a family man. Raising his children to be the best they can be. I know him to be a supportive, devoted husband. Kotto and Lataya lost their only son in 2015 and the way he was able to maneuver life and be the support the family needed while going through such a traumatic life event was amazing. I know Kotto to be a good friend. Kotto has a gentle spirit, is very wise and has shared his words of wisdom and life experiences with my older sons (ages 28 and 22) to help guide them when they were feeling a little lost and overwhelmed in life. Honestly, it gave them hope. They GENUINELY look up to and admire Kotto. He has been a positive influence and motivator in our lives.

I know this whole situation has been quite distressing to the Paul family and I can say with certainty that Kotto would not want to jeopardize his relationships with his wife and daughters if he is released. I have ZERO doubt that he will handle this situation appropriately, make all appointments, show up on time for court dates and do what is required of him responsibly and respectfully. I know we all have speed bumps in life, some bumps bigger than others. I believe Kotto has what it takes to get through this and come out an even better person.

Thank you for your consideration.

Jennifer Coates

Calvin Paul
1106 S. Tower Street
Anderson, SC 29624


June 14, 2023


To the Honorable Judge,

My name is Calvin Paul. I hope this letter I have written to you will be helpful for my son, Kotto Paul.

My wife, Connie and I have lived in Anderson, SC all our lives. We are both retired from Electrolux. My son and I have a great relationship. When he was growing up, we talked almost every day. Now that I am 70 years old, retired and have more time, I really enjoy spending that time with him and his family. After the loss of my grandson, Kotto's only son, we are all still grieving. Kotto enjoys making people happy with his positive outlook on things.

Kotto was an A student growing up and has never been in any trouble before. He left our home after graduating from high school to join the US Navy. Connie and I taught Kotto and his brothers to treat people the way they would want to be treated. And that goes for anything in life. My son is a good and intelligent young man. Although I'm his father and that opinion should be expected, in this case it is the opinion of many, not just my own. He makes a difference in the lives of others.

I ask that you please have some mercy for our son and our family. I am positive that if he is released, he will not mess up the opportunity you give him.


Sincerely,
Calvin Paul

Connie Paul
1106 S. Tower St.
Anderson, SC 29624


June 14, 2023



The Honorable Judge,


My name is Connie Paul. I am 67 years old, and I am the proud mother of Kotto Yaphet Paul. He was born on Oct. 15, 1974, in Anderson, SC where my husband, Calvin, and I still reside. Kotto is the eldest of our three sons. His brothers and countless other relatives also reside in Anderson, SC. He has deep family ties to the Carolinas.

Kotto graduated from Westside High School in 1992 where he was actively involved in ROTC. He has always been goal oriented. He had already enlisted in the Navy before he graduated high school. His marriage to Lataya was an answer to prayer in what a loving, devoted wife and mother consisted of. We are proud of all three of their children. However, the sudden loss of their only son still weighs heavy on the entire family.

Kotto has always been passionate about the wellbeing of family and friends and is admired by many of my immediate family because of his dedication to family. As a young man, he would voluntarily spend many of his weekends with his elderly grandmothers to keep them from being alone in their homes at night. His care and concern for people is an admirable trait. He has always been a very disciplined human being, sharing education and interests with us all. Since his time in the Navy, he remains to be a dedicated husband, father, brother, son and friend who leads by example. His commitment to excellence and hard work is commended by many of his business associates that I was privileged to meet.

Although Kotto has not lived in our home for many years, my confidence lies in how Calvin and I raised him. Be honest, respectful, love God and love people. The evidence of his commitment as a family man lies in his beautiful and exceptional children.

Kotto is a wonderful human being. I pray that you will see fit to give him a chance by granting him a bond. Our family needs him.


Sincerely,
Connie Paul

Lataya R. Paul
600 Baron Rd.
Waxhaw, NC 28173
704-572-2471


June 13, 2023


Re: Kotto Yaphet Paul


The Honorable Judge
U.S. District Court
401 West Trade Street
Charlotte, NC 28202


The purpose of this letter is to give you a better understanding of who my husband, Kotto Paul, is for your consideration during his detention hearing.

Kotto and I have been married for 25 years. We have lived in the Charlotte area for 17 years, currently residing in Waxhaw, NC. We had three children, Kaylah, Ayana, and Dorian. Our daughters are thriving. Both are college graduates and currently working on masters and graduate degrees. Unfortunately, we lost our son to an unexpected medical condition in 2015 at the age of 14. We were on our way to meet one of our daughters to celebrate our son's birthday, May 20th, like we do every year, when my husband and I were pulled over and he was brought in and jailed on May 19th, 2023. We were unable to celebrate our son's birthday for the first time since his death.

Kotto and I have known each other since high school in Anderson, SC, where we both were raised. We are both Navy veterans. I have been medically retired from the navy. After seven years in the navy and receiving an honorable discharge, Kotto worked for several companies that had government contracts in the DC metro area. In 2006, we decided to move closer to our families in Anderson, SC, to the Charlotte area. We raised our children here. The Charlotte area is our home.

Through the years, Kotto has been a helpful and caring mate, a wonderful and encouraging father, and a great friend to all those who know him well. He is the type of man that would help someone in need even if he doesn't know them personally. He genuinely cares for people and has always strives to make things better. Despite what he is being accused of, one conversation with him outside of the courtroom would be all it took for you to see that he is really a caring and exceptional human being.

This ordeal has been an embarrassing nightmare for Kotto as well as our family. If released on bond, I know he will not do anything to jeopardize his chance at defending himself in a manner that he feels confident in. It is my belief that Kotto should be able to handle his own affairs prior to and during trial. His parents and I are not able to provide all that he needs to prepare on our own. In fact, his family needs him released so that he can simply help us stay afloat because we were totally caught off guard when he was brought in on May 19, 2023.

It is my sincere hope that you grant my husband a bond release so that he can properly prepare for what he is up against. And so that he can help our family with the financial burden this ordeal has caused.

Sincerely,

Lataya R. Paul